IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| AROK ATEM,<br><br>                Plaintiff,<br><br>vs.<br><br>COUNTY OF LANCASTER, a Nebraska political subdivision; CITY OF LINCOLN, a Nebraska political subdivision; and DOES 1-10, in their individual and official capacities;<br><br>                Defendants. | 4:13CV3017<br><br>**ORDER** |

IT IS ORDERED:

1) The plaintiff's motion to extend, (Filing No. 52), is denied.

2) On or before May 7, 2014, the plaintiff shall file his motion to amend the complaint to specifically name those Doe defendants against whom Plaintiff believes, or has a good faith basis to believe, could be liable to the plaintiff based on the information provided in discovery to date.

3) The Rule 16 deadline for filing Plaintiff's motion to amend pleadings to add or name parties ((Filing No. 38, ¶ 5), is set aside. Any further amendments to specifically name Doe defendants will be governed by Rule 15.

April 29, 2014.

                                                                BY THE COURT:

                                                                *s/ Cheryl R. Zwart*
                                                                United States Magistrate Judge