IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| AROK ATEM,<br><br>                Plaintiff,<br><br>vs.<br><br>COUNTY OF LANCASTER, a Nebraska political subdivision; et. al.<br><br>                Defendants. | 4:13CV3017<br><br>**ORDER** |

IT IS ORDERED:

1) The City's motion, (Filing No. 91), is granted.

2) Jeffery R. Kirkpatrick is hereby substituted for Rodney M. Confer as counsel of record for the City of Lincoln.

3) The clerk shall delete Rodney M. Confer from any future ECF notifications herein.

June 24, 2014.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge