IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| AROK ATEM,<br><br>        Plaintiff,<br><br>vs.<br><br>COUNTY OF LANCASTER, a Nebraska political subdivision; et. al;<br><br>        Defendants. | 4:13CV3017<br><br>**PROGRESSION ORDER** |

IT IS ORDERED:

A. The parties joint motion to amend the progression order, (Filing No. 110), is granted in part and denied in part as follows:

1) The jury trial of this case is set to commence before Richard G. Kopf, Senior United States District Judge, in Courtroom 1, United States Courthouse, Lincoln, Nebraska, at 9:00 a.m. on **January 19, 2016**, or as soon thereafter as the case may be called, for a duration of eight (8) trial days. Jury selection will be held at the commencement of trial.

    **This case is specially set and will commence on the date and time set forth in this order. Counsel shall prepare and plan this case accordingly.**

2) The Pretrial Conference is scheduled to be held before the undersigned magistrate judge on **January 5, 2016** at **9:00 a.m.**, and will be held in chambers. The parties' proposed Pretrial Conference Order and Exhibit List(s) must be emailed to zwart@ned.uscourts.gov, in either Word Perfect or Word format, by 5:00 p.m. on January 4, 2016.

3) Mandatory disclosures by the plaintiff and the new defendants shall be served by August 22, 2014.

4) The parties' motion provides no basis for extending the deadlines for amending pleadings and adding parties. Accordingly, those deadlines are not extended.

5) The deadlines for identifying expert witnesses expected to testify at the trial (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), are:

    For the plaintiff(s): May 1, 2015.
    For the defendant(s): June 1, 2015.

6) The deadlines for identifying expert witnesses expected to testify at the trial and deadlines for complete expert disclosures, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), are:

    For the plaintiff(s): July 1, 2015.
    For the defendant(s): August 3, 2015.

7) The deposition deadline is September 4, 2015.

8) The deadlines for filing a motions to dismiss and motions for summary judgment are:

    As to the issue of Qualified Immunity: December 30, 2014.
    As to all other claims and defenses: October 3, 2014

9) The deadline for filing motions to exclude testimony on *Daubert* and related grounds is October 3, 2014.

10) **As to all deadlines in this case, including the trial and pretrial conference settings, no continuances will be granted absent a <u>very</u> substantial showing of good cause**.

B. To facilitate a prompt resolution of any discovery disputes that may undermine this amended progression schedule, as to all parties, before moving for an order relating to discovery, the movant must <u>first</u> request a conference with the court.

C. The Motion to Extend Time to Serve Rule 26(a)(1) Initial Disclosures on Behalf of Defendant Alicia Renville, LPN, (Filing No. 109), is denied as moot.

August 1, 2014.

    BY THE COURT:

    *s/ Cheryl R. Zwart*
    United States Magistrate Judge