IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| AROK ATEM,<br><br>             Plaintiff,<br><br>     vs.<br><br>COUNTY OF LANCASTER, a Nebraska political subdivision;  et. al;<br><br>             Defendants. | 4:13CV3017<br><br>**AMENDED PROGRESSION ORDER** |

The court's progression order, (Filing No. 111) is amended as follows:

8)     The deadlines for filing motions to dismiss and motions for summary judgment are:

        As to the issue of Qualified Immunity:     December 30, 2014.

        As to all other claims and defenses:          October 5, 2015.

9)     The deadline for filing motions to exclude testimony on *Daubert* and related grounds is October 5, 2015.

August 1, 2014.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge