IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| AROK ATEM,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>COUNTY OF LANCASTER, a Nebraska political subdivision, et. al;<br><br>　　　　　　Defendants. | 4:13CV3017<br><br>**ORDER** |

IT IS ORDERED:

1)   The unopposed motion of the plaintiff, (Filing No. 157), is granted, and the deadline for moving to amend the pleadings or add parties is extended to seven (7) days after the deposition of the last Defendant to be deposed.

2)   The unopposed motion of Defendants Lancaster County, a Nebraska political subdivision, and Michael Thurber, Terry Weber, Derek Contreras, Virginia Prey, Adam Rettig, Brent Wrinkle, Chad Burpee, Michael Kinney, Margaret Riege, Nicholas Noel, Laura Hilt, Douglas Diltz, Jeremy Lybarger, Leighanne Loges, Rod Fazi, Jeran Smith, Brian Hansen, and Eric Hutsell in their official and individual capacities; and Alicia Renville in her official capacity, (Filing No. 158), is granted, and these defendants' proposed Amended Answer to Plaintiff's Second Amended Complaint, a copy of which is attached to their motion, shall be filed on or before December 15, 2014.

December 8, 2014.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　*s/ Cheryl R. Zwart*
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge