IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| AROK ATEM, | ) | 4:13CV3017 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| COUNTY OF LANCASTER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

  This matter is before me on three Motions to Dismiss Party filed by Plaintiff. (Filings 183, 184, and 185.) In his Motions, Plaintiff asks me to dismiss Defendants City of Lincoln, Tarvis Banks, and Eric Hutsell with prejudice. (*Id*.) Plaintiff's Motions are unopposed.[1] (*See* Docket Sheet.)

  IT IS ORDERED that:

  1. Plaintiff's second and third Motions to Dismiss Party (filings 184 and 185) are granted, and Plaintiff's claims against Defendants City of Lincoln, Tarvis Banks, and Eric Hutsell are dismissed with prejudice.

  2. Plaintiff's first Motion to Dismiss Party (filing 183), which was amended by his second Motion to Dismiss Party, is denied.

  DATED this 11th day of February, 2015.

            BY THE COURT:
            *Richard G. Kopf*
            Senior United States District Judge

---

[1] On February 10, 2015, the parties confirmed during a conference call with Magistrate Judge Zwart that filings 183, 184, and 185, are unopposed by all parties.

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.