IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| AROK ATEM,<br><br>                      Plaintiff,<br><br>vs.<br><br>COUNTY OF LANCASTER, a Nebraska political subdivision; et. al;<br><br>                      Defendants. | 4:13CV3017<br><br>ORDER |

After conferring with counsel, and to assure this case continues moving forward both justly and expeditiously, (see Fed. R. Civ. P. 1; NEGenR 1.1(c));

IT IS ORDERED:

1) The depositions of the named defendants shall be completed by March 16, 2015.

2) Motions for summary judgment based on qualified immunity shall be filed by April 15, 2015.

3) Any opposition to the Plaintiff's Motion For Leave To File Third Amended Complaint And Join Party-Defendant, (Filing No. 187), shall be filed on or before February 17, 2015, in the absence of which the motion will be deemed unopposed and granted.

February 13, 2015.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge