IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| AROK ATEM,<br><br>        Plaintiff,<br><br>vs.<br><br>COUNTY OF LANCASTER, a Nebraska political subdivision; et. al;<br><br>        Defendants. | 4:13CV3017<br><br>**ORDER** |

The plaintiff has moved to file a Fourth Amended Complaint. (Filing No. 205). Under Nebraska Civil Rule 15.1 (a), a motion for leave to amend must "state whether the motion is unopposed or opposed, after conferring with opposing parties." NECivR 15.1. The purpose of the rule is to streamline the pleading process, facilitate the just and expeditious adjudication of the case, and avoid the unnecessary use of court resources on unopposed motions. The plaintiff's' motion fails to comply with the court's rule.

Accordingly,

IT IS ORDERED that Plaintiff's motion to amend, (Filing No. 205) is denied without prejudice to re- filing in accordance with this court's rules.

Dated this 18th day of March, 2015

                                                  BY THE COURT:

                                                  *s/ Cheryl R. Zwart*
                                                  United States Magistrate Judge