IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| AROK ATEM, | ) | 4:13CV3017 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| COUNTY OF LANCASTER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before me on Plaintiff's Unopposed Motion to Dismiss Party. (Filing 204.)  In his Motion, Plaintiff asks me to dismiss Brian Hansen, LeighAnne Loges, and Interim Healthcare of Lincoln, Inc., without prejudice.  (*Id.*)

IT IS ORDERED that:  Plaintiff's Motion to Dismiss Party (filing 204) is granted, and Plaintiff's claims against Defendants Brian Hansen, LeighAnne Loges, and Interim Healthcare of Lincoln, Inc., are dismissed without prejudice.

DATED this 6th day of April, 2015.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites.  The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites.  Likewise, the court has no agreements with any of these third parties or their Web sites.  The court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.