IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| AROK ATEM, | |
|---|---|
| Plaintiff, | 4:13CV3017 |
| vs. | |
| COUNTY OF LANCASTER, a Nebraska political subdivision, et.al; | ORDER |
| Defendants. | |

IT IS ORDERED that the motion to withdraw filed by Bradley Gianakos, as counsel of record for Interested Party, Nebraska Department of Health and Human Services, Division of Medicaid and Long-Term Care (NDHHS), (filing no. 299), is granted.

December 30, 2015.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge