# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| AROK ATEM,<br><br>        Plaintiff,<br><br>vs.<br><br>COUNTY OF LANCASTER, a Nebraska political subdivision; et. al;<br><br>        Defendants. | 4:13CV3017<br><br>**ORDER** |

A motion to intervene has been filed by the Nebraska Department of Health and Human Services, Division of Medicaid and Long-Term, (Filing No. 292), and state court proceedings are pending which may affect the settlement reached between the Plaintiff and all defendants except Defendant Ruiz.

Accordingly, on the court's own motion,

**IT IS ORDERED** that the pretrial conference and trial of this case is continued pending further order of the court.

January 4, 2016.

                                                        BY THE COURT:

                                                        *s/ Cheryl R. Zwart*<br>
                                                        United States Magistrate Judge