IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| AROK ATEM, | ) | |
| | ) | |
| Plaintiff, | ) | 4:13CV3017 |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| COUNTY OF LANCASTER, a | ) | |
| Nebraska political subdivision, et al., | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff has filed a Motion for Leave to Release Escrow Funds (Filing 334) requesting an order allowing the transfer of settlement funds from escrow into the Arok Atem Special Needs Trust. Defendant Stacie Ruiz takes no position on Plaintiff's motion (Filing 337), and although the County defendants and defendant Alicia Renville initially partially opposed Plaintiff's motion (Filings 335 & 338), counsel has today represented to the court that such defendants no longer oppose Plaintiff's motion.

Accordingly,

IT IS ORDERED that Plaintiff's Motion for Leave to Release Escrow Funds (Filing 334) is granted, and the settlement funds in escrow may be transferred into the Arok Atem Special Needs Trust.

DATED this 11th day of October, 2016.

BY THE COURT:
s/ *Richard G. Kopf*
Senior United States District Judge